JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAUGHN ALLEN, | ) CASE NO. CV 08-03671 MMM (CWx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| FEDEX EXPRESS and DOES 1-50, inclusive, | ) |
| Defendants. | ) |

On May 1, 2009, the court issued an order granting in part and denying in part FedEx's motion for summary judgment. Following issuance of the summary judgment order, only Allen's claim for failure to engage in the interactive process remained. On May 4, 2009, FedEx sought leave to file a motion to dismiss the claim under Rule 12(c) for failure to exhaust administrative remedies. On May 12, 2009, it filed a motion for reconsideration of the court's summary judgment order. These motions were granted on May 29, 2009. Accordingly,

IT IS ORDERED AND ADJUDGED that

1. That plaintiff take nothing by way of his complaint; and

4. The action be, and it hereby is, dismissed.

DATED: May 29, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE